# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | | |
|---|---|---|
| LETRICIA SPANN and FLEEN MYLES, JR., individually and as Co-Independent Administrators of the Estate of Fleen Myles, III | * | CIVIL ACTION NO. 24-01502 |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| CITY OF SHREVEPORT and MAVERICK CALDWELL, II | * | MAGISTRATE McCLUSKY |

## <u>ANSWER</u>

NOW INTO COURT, through undersigned counsel, come Defendants, the CITY OF SHREVEPORT and MAVERICK CALDWELL, II (collectively, "Defendants"), who, in answer to Plaintiffs' Complaint (Doc. 1), deny each and every allegation contained therein, except as may be hereinafter specifically admitted, and without waiving any motions, exceptions, or defenses, reply to the separately numbered Paragraphs of the Complaint as follows:

1.

The allegations of Paragraph 1 are admitted.

2.

The allegations of Paragraph 2 are denied for lack of sufficient information to justify a reasonable belief therein.

3.

The allegations of Paragraph 3 concerning the City of Shreveport are admitted.

However, it is denied that Defendants are liable to Plaintiffs.

4.

The allegations of Paragraph 4 concerning Maverick Caldwell, II are admitted. However, it is denied that Defendants are liable to Plaintiffs.

5.

The allegations of Paragraph 5 concerning subject matter jurisdiction are admitted.

6.

The allegations of Paragraph 6 concerning personal jurisdiction are admitted.

7.

The allegations of Paragraph 7 concerning venue are admitted.

8.

The allegations of Paragraph 8 are denied for lack of sufficient information to justify a reasonable belief therein.

9.

The allegations of Paragraph 9 are denied for lack of sufficient information to justify a reasonable belief therein.

10.

The allegations of Paragraph 10 are denied for lack of sufficient information to justify a reasonable belief therein.

11.

The allegations of Paragraph 11 are denied.

12.

The allegations of Paragraph 12 are denied.

13.

The allegations of Paragraph 13 are denied for lack of sufficient information to justify a reasonable belief therein.

14.

The allegations of Paragraph 14 are denied for lack of sufficient information to justify a reasonable belief therein.

15.

The allegations of Paragraph 15 are denied for lack of sufficient information to justify a reasonable belief therein.

16.

The allegations of Paragraph 16 are denied for lack of sufficient information to justify a reasonable belief therein.

17.

The allegations of Paragraph 17 are denied for lack of sufficient information to justify a reasonable belief therein.

18.

The allegations of Paragraph 18 are denied for lack of sufficient information to justify a reasonable belief therein.

19.

The allegations of Paragraph 19 are denied for lack of sufficient information to justify a reasonable belief therein.

20.

The allegations of Paragraph 20 are denied for lack of sufficient information to justify

a reasonable belief therein.

21.

The allegations of Paragraph 21 are admitted.

22.

The allegations of Paragraph 22 are admitted.

23.

The allegations of Paragraph 23 are admitted.

24.

The allegations of Paragraph 24 are denied.

25.

The allegations of Paragraph 25 are admitted.

26.

The allegations of Paragraph 26 are admitted.

27.

The allegations of Paragraph 27 are admitted.

28.

The allegations of Paragraph 28 are admitted.

29.

The allegations of Paragraph 29 are admitted.

30.

The allegations of Paragraph 30 are admitted.

31.

The allegations of Paragraph 31 are admitted.

32.

The allegations of Paragraph 32 are admitted.

33.

The allegations of Paragraph 33 are admitted.

34.

The allegations of Paragraph 34 are admitted.

35.

The allegations of Paragraph 35 are denied as written.

36.

The allegations of Paragraph 36 are denied.

37.

The allegations of Paragraph 37 are admitted.

38.

The allegations of Paragraph 38 are admitted.

39.

The allegations of Paragraph 39 are admitted.

40.

The allegations of Paragraph 40 are denied.

41.

The allegations of Paragraph 41 are denied as written.

42.

The allegations of Paragraph 42 are denied as written.

43.

The allegations of Paragraph 43 are denied as written.

44.

The allegations of Paragraph 44 are admitted.

45.

The allegations of Paragraph 45 are denied as written.

46.

The allegations of Paragraph 46 are denied as written.

47.

The allegations of Paragraph 47 are denied as written, but it is admitted that Officer Caldwell observed a firearm in Myles' hand.

48.

The allegations of Paragraph 48 that Officer Caldwell drew his firearm are admitted.

49.

The allegations of Paragraph 49 are denied for lack of sufficient information to justify a reasonable belief therein.

50.

The allegations of Paragraph 50 are denied as written.

51.

The allegations of Paragraph 51 are denied.

52.

The allegations of Paragraph 52 are denied as written.  Further answering, however, it is admitted that Officer Caldwell fired at Myles in order to defend himself against an imminent

threat of immediate harm from Myles.

53.

The allegations of Paragraph 53 are denied as written.

54.

The allegations of Paragraph 54 are denied for lack of sufficient information to justify a reasonable belief therein.

55.

The allegations of Paragraph 55 are denied.

56.

The allegations of Paragraph 56 are denied as written.

57.

The allegations of Paragraph 57 that Officer Caldwell ordered Myles to drop the firearm are admitted.

58.

The allegations of Paragraph 58 are admitted.

59.

The allegations of Paragraph 59 are denied as written.

60.

The allegations of Paragraph 60 are denied.

61.

The allegations of Paragraph 61 are denied for lack of sufficient information to justify a reasonable belief therein.

62.

The allegations of Paragraph 62 are denied as written.

63.

The allegations of Paragraph 63 are denied.

64.

The allegations of Paragraph 64 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

65.

The allegations of Paragraph 65 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

66.

The allegations of Paragraph 66 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

67.

The allegations of Paragraph 67 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

68.

The allegations of Paragraph 68 are denied.  Further answering, Defendants submit

that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

69.

The allegations of Paragraph 69 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

70.

The allegations of Paragraph 70 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

71.

The allegations of Paragraph 71 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

72.

The allegations of Paragraph 72 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

73.

The allegations of Paragraph 73 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

74.

The allegations of Paragraph 74 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

75.

The allegations of Paragraph 75 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

76.

The allegations of Paragraph 76 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

77.

The allegations of Paragraph 77 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

78.

The allegations of Paragraph 78 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

79.

The allegations of Paragraph 79 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be

stricken from the Complaint.

80.

The allegations of Paragraph 80 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

81.

The allegations of Paragraph 81 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

82.

The allegations of Paragraph 82 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

83.

The allegations of Paragraph 83 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

84.

The allegations of Paragraph 84 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

85.

The allegations of Paragraph 85 are admitted.  Further answering, however, Defendants

submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

86.

The allegations of Paragraph 86 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

87.

The allegations of Paragraph 87 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

88.

The allegations of Paragraph 88 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

89.

The allegations of Paragraph 89 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

90.

The allegations of Paragraph 90 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

91.

The allegations of Paragraph 91 do not require a response from Defendants.

92.

The allegations of Paragraph 92 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

93.

The allegations of Paragraph 93 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

94.

The allegations of Paragraph 94 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

95.

The allegations of Paragraph 95 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

96.

The allegations of Paragraph 96 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

97.

The allegations of Paragraph 97 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

98.

The allegations of Paragraph 98 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

99.

The allegations of Paragraph 99 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

100.

The allegations of Paragraph 100 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

101.

The allegations of Paragraph 101 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

102.

The allegations of Paragraph 102 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be

stricken from the Complaint.

103.

The allegations of Paragraph 103 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

104.

The allegations of Paragraph 104 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

105.

The allegations of Paragraph 105 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

106.

The allegations of Paragraph 106 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

107.

The allegations of Paragraph 107 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

108.

The allegations of Paragraph 108 are denied as written.  Further answering, Defendants

submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

109.

The allegations of Paragraph 109 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

110.

The allegations of Paragraph 110 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

111.

The allegations of Paragraph 111 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

112.

The allegations of Paragraph 112 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

113.

The allegations of Paragraph 113 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

114.

The allegations of Paragraph 114 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

115.

The allegations of Paragraph 115 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

116.

The allegations of Paragraph 116 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

117.

The allegations of Paragraph 117 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

118.

The allegations of Paragraph 118 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

119.

The allegations of Paragraph 119 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be

stricken from the Complaint.

120.

The allegations of Paragraph 120 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

121.

The allegations of Paragraph 121 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

122.

The allegations of Paragraph 122 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

123.

The allegations of Paragraph 123 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

124.

The allegations of Paragraph 124 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

125.

The allegations of Paragraph 125 are admitted.  Further answering, however,

Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

126.

The allegations of Paragraph 126 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

127.

The allegations of Paragraph 127 are denied. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

128.

The allegations of Paragraph 128 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

129.

The allegations of Paragraph 129 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

130.

The allegations of Paragraph 130 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

131.

The allegations of Paragraph 131 that Bell suffered an injury are admitted.  Further

answering, however, Defendants submit that these allegations are irrelevant and immaterial to

Plaintiffs' claims and should be stricken from the Complaint.

132.

The allegations of Paragraph 132 that Robinson suffered an injury are admitted.

Further answering, however, Defendants submit that these allegations are irrelevant and

immaterial to Plaintiffs' claims and should be stricken from the Complaint.

133.

The allegations of Paragraph 133 are denied as written.  Further answering, Defendants

submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be

stricken from the Complaint.

134.

The allegations of Paragraph 134 are denied as written.  Further answering, Defendants

submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be

stricken from the Complaint.

135.

The allegations of Paragraph 135 are admitted.  Further answering, however,

Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and

should be stricken from the Complaint.

136.

The allegations of Paragraph 136 are admitted.  Further answering, however,

Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and

should be stricken from the Complaint.

137.

The allegations of Paragraph 137 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

138.

The allegations of Paragraph 138 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

139.

The allegations of Paragraph 139 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

140.

The allegations of Paragraph 140 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

141.

The allegations of Paragraph 141 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

142.

The allegations of Paragraph 142 are admitted. Further answering, however,

Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

143.

The allegations of Paragraph 143 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

144.

The allegations of Paragraph 144 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

145.

The allegations of Paragraph 145 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

146.

The allegations of Paragraph 146 are denied as written. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

147.

The allegations of Paragraph 147 are denied. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

148.

The allegations of Paragraph 148 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

149.

The allegations of Paragraph 149 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

150.

The allegations of Paragraph 150 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

151.

The allegations of Paragraph 151 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

152.

The allegations of Paragraph 152 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

153.

The allegations of Paragraph 153 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and

should be stricken from the Complaint.

154.

The allegations of Paragraph 154 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

155.

The allegations of Paragraph 155 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

156.

The allegations of Paragraph 156 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

157.

The allegations of Paragraph 157 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

158.

The allegations of Paragraph 158 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

159.

The allegations of Paragraph 159 are admitted.  Further answering, however,

Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

160.

The allegations of Paragraph 160 are denied for lack of sufficient information to justify a belief therein.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

161.

The allegations of Paragraph 161 are denied for lack of sufficient information to justify a reasonable belief therein.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

162.

The allegations of Paragraph 162 are denied for lack of sufficient information to justify a reasonable belief therein.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

163.

The allegations of Paragraph 163 are denied for lack of sufficient information to justify a reasonable belief therein.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

164.

The allegations of Paragraph 164 are admitted.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

165.

The allegations of Paragraph 165 are admitted. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

166.

The allegations of Paragraph 166 are denied. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

167.

The allegations of Paragraph 167 are denied. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

168.

The allegations of Paragraph 168 are denied as written. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

169.

The allegations of Paragraph 169 are denied, but it is admitted that Officer Deyonta Horton arrived at the Circle K. Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

170.

The allegations of Paragraph 170 are denied. Further answering, Defendants submit

that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

171.

The allegations of Paragraph 171 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

172.

The allegations of Paragraph 172 are denied.  Further answering, however, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

173.

The allegations of Paragraph 173 are denied as written, but it is admitted that Officer Horton pursued Lewis.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

174.

The allegations of Paragraph 174 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

175.

The allegations of Paragraph 175 are denied as written.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

176.

The allegations of Paragraph 176 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

177.

The allegations of Paragraph 177 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

178.

The allegations of Paragraph 178 are denied as written, but it is admitted that Lewis died from his injuries.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

179.

The allegations of Paragraph 179 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

180.

The allegations of Paragraph 180 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

181.

The allegations of Paragraph 180 are denied.  Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken

from the Complaint.

182.

The allegations of Paragraph 182 are denied. Further answering, Defendants submit that these allegations are irrelevant and immaterial to Plaintiffs' claims and should be stricken from the Complaint.

183.

The allegations of Paragraph 183 are denied as written. Further answering, no request was ever submitted to the Department of Justice by Councilwoman Fuller.

184.

The allegations of Paragraph 184 are denied.

185.

The allegations of Paragraph 185 are denied.

186.

The allegations of Paragraph 186 are denied.

187.

The allegations of Paragraph 187 are denied.

188.

The allegations of Paragraph 188 are denied.

189.

The allegations of Paragraph 189 are denied.

190.

The allegations of Paragraph 190 are denied.

191.

The allegations of Paragraph 191 are denied.

192.

The allegations of Paragraph 192 are denied.

193.

The allegations of Paragraph 193 are denied.

194.

The allegations of Paragraph 194 are denied.

195.

The allegations of Paragraph 195 are denied.

196.

The allegations of Paragraph 196 are denied.

197.

The allegations of Paragraph 197 that Officer Caldwell was acting under the color of state law are admitted, but it is denied that Officer Caldwell's actions were unlawful or that he violated the rights of Mr. Myles.

198.

The allegations of Paragraph 198 are denied.

199.

The allegations of Paragraph 199 are denied.

200.

The allegations of Paragraph 200 are denied.

201.

The allegations of Paragraph 201 are denied.

202.

The allegations of Paragraph 202 are denied.

203.

The allegations of Paragraph 203 are denied.

204.

The allegations of Paragraph 204 are denied.

205.

The allegations of Paragraph 205 are denied.

206.

The allegations of Paragraph 206 do not require a response from Defendants.  To the extent a response is deemed necessary, Defendants incorporate their responses to Paragraphs 1-205 as set forth fully herein.

207.

The allegations of Paragraph 207 do not require a response from Defendants.

208.

The allegations of Paragraph 208 are admitted.

209.

The allegations of Paragraph 209 are denied.

210.

The allegations of Paragraph 210 are denied.

211.

The allegations of Paragraph 211 are denied.

212.

The allegations of Paragraph 212 are denied.

213.

The allegations of Paragraph 213 are denied.

214.

The allegations of Paragraph 214 are denied.

215.

The allegations of Paragraph 215 are denied.

216.

The allegations of Paragraph 216 are denied.

217.

The allegations of Paragraph 217 are denied.

218.

The allegations of Paragraph 218 are denied.

219.

The allegations of Paragraph 219 are denied.

220.

The allegations of Paragraph 220 are denied.

221.

The allegations of Paragraph 221 are denied.

222.

The allegations of Paragraph 222 are denied.

223.

The allegations of Paragraph 223 do not require a response from Defendants.  To the extent a response is deemed necessary, Defendants incorporate their responses to Paragraphs 1-222 as set forth fully herein.

224.

The allegations of Paragraph 224 do not require a response from Defendants.

225.

The allegations of Paragraph 225 are denied.

226.

The allegations of Paragraph 226 are denied.

227.

The allegations of Paragraph 227 are denied.

228.

The allegations of Paragraph 228 are denied.

229.

The allegations of Paragraph 229 are denied.

230.

The allegations of Paragraph 230 are denied.

231.

The allegations of Paragraph 231 are denied.

232.

The allegations of Paragraph 232 are denied.

233.

The allegations of Paragraph 223 are denied.

234.

The allegations of Paragraph 234 do not require a response from Defendants.  To the extent a response is deemed necessary, Defendants incorporate their responses to Paragraphs 1-233 as set forth fully herein.do not require a response from Defendants.

235.

The allegations of Paragraph 235 do not require a response from Defendants.

236.

The allegations of Paragraph 236 are admitted.

237.

The allegations of Paragraph 237 are denied.

238.

The allegations of Paragraph 238 are denied.

239.

The allegations of Paragraph 239 are denied.

240.

The allegations of Paragraph 240 are denied.

241.

The allegations of Paragraph 241 are denied.

242.

The allegations of Paragraph 242 are denied.

243.

The allegations of Paragraph 243 are denied.

244.

The allegations of Paragraph 244 are denied.

245.

The allegations of Paragraph 245 are denied.

246.

The allegations of Paragraph 246 are denied.

247.

The allegations of Paragraph 247 are denied.

248.

The allegations of Paragraph 248 are denied.

249.

The allegations of Paragraph 249 are denied.

250.

The allegations of Paragraph 250 do not require a response from Defendants.  To the extent a response is deemed necessary, Defendants incorporate their responses to Paragraphs 1-249 as set forth fully herein.do not require a response from Defendants.

251.

The allegations of Paragraph 251 do not require a response from Defendants.

252.

The allegations of Paragraph 252 are denied.

253.

The allegations of Paragraph 253 are denied.

254.

The allegations of Paragraph 254 are denied.

255.

The allegations of Paragraph 255 are denied.

256.

The allegations of Paragraph 256 are denied.

257.

The allegations of Paragraph 257 are denied.

258.

The allegations of Paragraph 258 are denied.

259.

The allegations of Paragraph 259 are denied.

260.

The allegations of Paragraph 260 are denied.

261.

The allegations of Paragraph 261 do not require a response from Defendants.  To the extent a response is deemed necessary, Defendants incorporate their responses to Paragraphs 1-260 as set forth fully herein.do not require a response from Defendants.

242.

The allegations of Paragraph 262 do not require a response from Defendants.

263.

The allegations of Paragraph 263 are admitted.

264.

The allegations of Paragraph 264 are denied.

265.

The allegations of Paragraph 265 are denied.

266.

The allegations of Paragraph 266 are denied.

267.

The allegations of Paragraph 267 are denied.

268.

The allegations of Paragraph 268 are denied.

269.

The allegations of Paragraph 269 are denied.

270.

The allegations of Paragraph 270 are denied.

271.

The allegations of Paragraph 271 are denied.

272.

The allegations of Paragraph 272 are denied.

273.

The allegations of Paragraph 273 are denied.

274.

The allegations of Paragraph 274 are denied.

## AFFIRMATIVE DEFENSES

AND NOW FURTHER ANSWERING, Defendants, the CITY OF SHREVEPORT and MAVERICK CALDWELL, II (collectively, "Defendants"), assert the following affirmative defenses:

275.

The Complaint fails to state a claim upon which relief can be granted.

276.

All actions of Officer Caldwell were taken within the scope of his discretionary authority and were based upon a good faith belief in the correctness and legality of such actions, and all actions taken by him were objectively reasonable in light of clearly established law at the time of the conduct in question. In light of all circumstances, Officer Caldwell is entitled to qualified immunity for his actions.

277.

The injury suffered by Fleen Myles, III occurred, either in whole or in part, as a direct result of his own criminal, unlawful, wrongful, and/or negligent conduct.

278.

There were no policies or customs of the City of Shreveport which were a moving force behind the alleged constitutional deprivations.

279.

There were no officials or policymakers of the City of Shreveport that acted with deliberate indifference to the constitutional rights of Fleen Myles, III.

280.

Defendants plead all limitations of liability set forth in La. R.S. § 13:5106 *et seq.*

281.

Defendants further plead the immunities and limitations of liability for public bodies and officials pursuant to La. R.S. § 9:2798.1.

282.

Defendants also affirmatively plead that Plaintiffs will be responsible for Defendants' costs, including attorney fees, as the prevailing party pursuant to 42 U.S.C. § 1988.

WHEREFORE, Defendants pray that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment in favor of Defendants rejecting the demands of Plaintiffs, dismissing this suit with prejudice at Plaintiffs' cost.

DEFENDANTS FURTHER PRAY for all orders and decrees necessary in the premises and for full, general, and equitable relief.

Respectfully submitted,

CARMOUCHE, BOKENFOHR, BUCKLE & DAY

BY:   /s/ Nichole M. Buckle
      Nichole M. Buckle, Bar No. 32113
      nikki@cbbd.law
      Amy Gardner Day, LA Bar No. 33138
      amy@cbbd.law
One Bellemead Center
6425 Youree Drive, Suite 380
Shreveport, Louisiana 71105
Phone: (318) 629-0014
Fax: (318) 404-1571

*ATTORNEYS FOR DEFENDANTS*