**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| **LETRICIA SPANN, ET AL.** | **CIV. ACTION NO. 5:24-01502** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF SHREVEPORT, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge (ECF No. 23) having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, and DECREED that the Rule 12(b)(6) motion for partial dismissal for failure to state a claim upon which relief can be granted [doc. # 16] filed by Defendants City of Shreveport and Maverick Caldwell, II, is GRANTED IN PART and DENIED IN PART. The motion is GRANTED, and the following claims are DISMISSED WITH PREJUDICE: Plaintiffs' claim against Maverick Caldwell, II, for unreasonable seizure under the Fourth Amendment; and Plaintiffs' claims against the City of Shreveport for unreasonable seizure under the Fourth Amendment, for substantive due process violation under the Fourteenth Amendment, and for excessive force under the Fourth Amendment stemming from an officially promulgated policy. FED. R. CIV. P. 12(b)(6). The motion is otherwise is DENIED.

Monroe, Louisiana, this 29th day of August 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE